# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JANET SUE DALE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00047-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 12, 2019 Memorandum and Order of Remand.

September 12, 2019

_____
Frank G. Johns, Clerk
United States District Court